UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSS HARRIS and KIMBERLY
BOYD-HARRIS,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF HOUSING AND URBAN
DEVELOPMENT,

        Defendant.
_____/

Case No. 2:24-cv-13267

Honorable Susan K. DeClercq
United States District Judge

**ORDER GRANTING DEFENDANT'S MOTION TO REQUIRE PLAINTIFFS TO FILE CONSOLIDATED COMPLAINT (ECF No. 25), DIRECTING PLAINTIFFS TO FILE CONSOLIDATED COMPLAINT, AND SETTING DEADLINES**

In February 2025, this Court consolidated two lawsuits filed by Plaintiffs Ross Harris and Kimberly Boyd-Harris—*Harris v. United States*, No. 24-cv-13267 (E.D. Mich. Dec. 9, 2024), and *Harris v. United States*, No. 24-cv-13448 (E.D. Mich. Dec. 20, 2024)—into one under Civil Rule 42(a). *See Harris*, No. 24-cv-13267, ECF No. 23. The Government now moves for an order requiring Plaintiffs to file a unified complaint, which would facilitate the filing of one responsive pleading. ECF No. 25 at PageID.84. According to the Government, Plaintiffs have agreed to file such a complaint. *Id.*

Given this agreement, and because the filing of a "unified" or "master" complaint will help save both time and resources, it is **ORDERED** that the Government's motion, ECF No. 25, is **GRANTED**. *See* 9A CHARLES A. WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 2382 (3d ed. 2024) ("Courts have interpreted Rule 42(a) as authorizing the filing of a unified or master complaint. . . .") (collecting cases).

Accordingly, Plaintiffs are **DIRECTED** to file a unified complaint—one which includes all their claims against Defendant from both lawsuits—in this case, No. 24-13267. Plaintiffs must file their unified complaint **on or before April 28, 2025**. Defendant is **DIRECTED** to file a response pleading **on or before June 27, 2025**.

Further, with respect to Plaintiffs' pending motion for preliminary injunction, ECF No. 16, Defendant is **DIRECTED** to file a response **on or before June 27, 2025**. Plaintiffs may, but need not, file a reply **on or before July 11, 2025**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: April 9, 2025